DAVID R. ZARO (BAR NO. 124334)
JOSHUA A. DEL CASTILLO (BAR NO. 239015)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        jdelcastillo@allenmatkins.com
        mpham@allenmatkins.com

Attorneys for Plaintiff
GEOFF WINKLER, RECEIVER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| GEOFF WINKLER, Receiver, | Case No. 2:21-cv-04534-FMO-AFM |
|---|---|
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| vs. | |
| ROBERT LARGURA, an individual; and DOES 1–10, inclusive, | |
| Defendants. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4894-5655-8879.2

1    **TO THE HONORABLE FERNANDO M. OLGUIN, UNITED STATES**

2    **DISTRICT JUDGE AND ALL INTERESTED PARTIES:**

3        **PLEASE TAKE NOTICE** that plaintiff Geoff Winkler (the "Receiver"), the

4    Court-appointed permanent receiver for Essex Capital Corporation and its

5    subsidiaries and affiliates, and the Estate of Robert Largura (the "Largura Estate,"

6    and together, with the Receiver, the "Parties"), the successor in interest to Robert

7    Largura ("Largura"), who recently passed away, have agreed, in principle, upon the

8    payment term of a settlement to resolve the subject dispute in the above-captioned

9    civil action.

10       In accordance with this Court's *Scheduling and Case Management Order re:*

11   *Jury Trial* entered on October 25, 2021, ECF No. 18, the Receiver and Largura, and

12   their respective counsel, participated in a mandatory settlement conference before

13   the Honorable Alexander F. MacKinnon, United States Magistrate Judge, on

14   April 8, 2022.  On the Receiver and Largura's stipulation, the Court subsequently

15   entered an order extending the deadline for the parties to complete their mandatory

16   settlement conference to April 29, 2022.  *See* ECF Nos. 25, 27.  Counsel for the

17   Receiver and Largura then participated in a second settlement conference before

18   Judge MacKinnon on April 20, 2022.

19       Although the parties did not reach a settlement at that conference, Judge

20   MacKinnon encouraged the parties to continue their settlement discussions between

21   themselves.  Unfortunately, on April 22, 2022, Largura passed away, and the

22   Largura Estate succeeded him and is expected to be formally substituted for Largura

23   as the defendant in this action imminently.  Largura's counsel then became counsel

24   for the Largura Estate, and the Parties, through counsel, continued their settlement

25   discussions.

26       As a result of those discussions, the Parties have now reached an agreement,

27   in principle, with respect to the payment term of an anticipated settlement, which

28   settlement contemplates a payment by the Largura Estate to the Receiver in

exchange for a resolution and release of the subject dispute.  The Parties are in the process of memorializing a formal settlement agreement (the "Settlement Agreement") at this time.  Given the nature of the Receiver's position as a Court-appointed fiduciary in the related action before this Court captioned as *SEC v. Iannelli, et al.* and bearing Case No. 2:18-cv-05008-FMO-AFM (the "Receivership Action") and in accordance with the applicable order entered by this Court in the Receivership Action, the Settlement Agreement, once finalized, may be submitted for Court approval in the above-captioned action.

The Parties will complete their preparation of the Settlement Agreement, and, if necessary or appropriate, submit the Settlement Agreement for Court approval in this action as soon as practicable.

Dated:  May 12, 2022      ALLEN MATKINS LECK GAMBLE
       MALLORY & NATSIS LLP
DAVID R. ZARO
JOSHUA A. DEL CASTILLO
MATTHEW D. PHAM

By:  ___/s/ Matthew D. Pham___
     MATTHEW D. PHAM
     Attorneys for Plaintiff
     GEOFF WINKLER, RECEIVER

Dated:  May 12, 2022      JAMES L. HUDGENS, APC
JAMES L. HUDGENS

By:  ___/s/ James L. Hudgens___
     JAMES L. HUDGENS
     Attorneys for Defendant
     ROBERT LARGURA