UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFF WINKLER, Receiver,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KARL DAVIS, co-trustee of the ROBERT LARGURA ADMINISTRATIVE TRUST ESTABLISHED APRIL 22, 2022; WAYNE SIEMENS, co-trustee of the ROBERT LARGURA ADMINISTRATIVE TRUST ESTABLISHED APRIL 22, 2022; and DOES 1–10, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-04534-FMO-AFM<br><br>**ORDER APPROVING STIPULATION FOR ORDER APPROVING SETTLEMENT AGREEMENT** |

　　The Court having considered the *Stipulation for Order Approving Settlement Agreement* (the "Stipulation") entered into by and between (1) plaintiff Geoff Winkler (the "Receiver"), the Court-appointed permanent receiver for Essex Capital Corporation and its subsidiaries and affiliates, on the one hand, and (2) defendants Karl Davis and Wayne Siemens (together, the "Largura Trustees," and collectively, with the Receiver, the "Parties"), the trustees of the Robert Largura Administrative Trust established April 22, 2022 (the "Largura Trust"), on the other hand, and good cause appearing therefor,

1    **IT IS HEREBY ORDERED** that

2    1.   The Stipulation is approved;

3    2.   The *Settlement Agreement and Mutual Release* (the "<u>Settlement Agreement</u>") entered into by and between the Receiver and the Largura Trustees, on behalf of the Largura Trust, and appended as **Exhibit 1** to the Stipulation is approved in its entirety;

3.   The Parties are authorized to perform their respective obligations as set forth in the Settlement Agreement; and

4.   This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of the Settlement Agreement.

Dated:  August 9, 2022                    /s/
                                          Hon. Fernando M. Olguin
                                          United States District Judge