J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFF WINKLER, Receiver,<br><br>              Plaintiff,<br><br>   vs.<br><br>KARL DAVIS, co-trustee of the ROBERT LARGURA ADMINISTRATIVE TRUST ESTABLISHED APRIL 22, 2022; WAYNE SIEMENS, co-trustee of the ROBERT LARGURA ADMINISTRATIVE TRUST ESTABLISHED APRIL 22, 2022; and DOES 1–10, inclusive,<br><br>              Defendants. | Case No. 2:21-cv-04534-FMO-AFM<br><br>**ORDER ON STIPULATION REGARDING DISMISSAL OF ACTION, WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4866-2109-7269.1

Pursuant to the *Stipulation Regarding Dismissal of Action, with Prejudice* (the "Stipulation") entered into by and between plaintiff Geoff Winkler, the Court-appointed permanent receiver for Essex Capital Corporation and its subsidiaries and affiliates, and defendants Karl Davis and Wayne Siemens, the trustees of the Robert Largura Administrative Trust established April 22, 2022,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed, with prejudice, in accordance with the terms of the Stipulation.

Dated: October 6, 2022

/s/
Hon. Fernando M. Olguin
United States District Judge